# UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS

## UNITED STATES

**v.**

## Airman DOMINIC T. SMOOT
### United States Air Force

## ACM S32296

## 3 December 2015

Sentence adjudged 5 December 2015 by SPCM convened at Robins Air Force Base, Georgia. Military Judge: Tiffany Wagner.

Approved Sentence: Bad-conduct discharge, confinement for 4 months, forfeitures of $1,021.00 pay per month for 4 months, and reduction to E-1.

Appellate Counsel for the Appellant: Lieutenant Colonel Lucy H. Carrillo and Major Thomas A. Smith.

Appellate Counsel for the United States: Colonel Katherine E. Oler.

Before

ALLRED, MITCHELL, and MAYBERRY
Appellate Military Judges

This opinion is issued as an unpublished opinion and, as such, does not serve as precedent under Rule of Practice and Procedure 18.4.

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to the substantial rights of the appellant occurred. Article 66(c), UCMJ, 10 U.S.C. § 866(c); *United States v. Reed*, 54 M.J. 37, 41 (C.A.A.F. 2000). Accordingly, the approved findings and sentence are AFFIRMED.

FOR THE COURT

LEAH M. CALAHAN
Clerk of the Court